THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM DI LUCCHIO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of endangering the health and morals of a child, and assault in the third degree, unanimously affirmed.

No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.